UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BILLY G. ASEMANI,** | |
| Plaintiff, | Case No. 2:21-cv-04098 |
| v. | JUDGE EDMUND A. SARGUS, JR. |
| **UNITED STATES VICTIMS OF STATE SPONSORED TERRORISM FUND,** | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendant. | |

## OPINION AND ORDER

This matter arises on "Pro Se Plaintiff's Notice of Supplemental Authority and Repeated/ Renewed Motion for Leave of Court to Submit a Sur-Reply Brief Under-Seal" (ECF No. 63), Plaintiff's "Request for Case's Status-Update and Request for a Current Copy of the Matter's Docket Entries" (ECF No. 53), and Plaintiff's "Motion for Correction/ Reconsideration of the Court's and Renewed Motion for Leave of Court to Submit a Sur-Reply by Plaintiff Billy G. Asemani." (ECF No. 58).

The Court begins with "Pro Se Plaintiff's Notice of Supplemental Authority and Repeated/ Renewed Motion for Leave of Court to Submit a Sur-Reply Brief Under-Seal." (ECF No. 63). On November 22, 2022 this Court **DENIED** as **MOOT** Plaintiff's motion to file sur-reply under seal. (ECF No. 55). Plaintiff has presented no persuasive evidence or argument showing why the Court should reconsider its decision. In light of the Court's previous decision and the unchanged circumstances, this Court **DENIES** Plaintiff's request to file a Sur-Reply as **MOOT**. (ECF No. 63).

Further, on October 27, 2022 Plaintiff filed a motion titled "Request for Case's Status-

Update and Request for a Current Copy of the Matter's Docket Entries." (ECF No. 53). Plaintiff's motion seeks clarity on the status of a filing titled "Response re 50 Order on Motion." (ECF No. 52). There, Plaintiff requested to file a sur-reply brief under seal. As mentioned above, the Court has already denied Plaintiff's request to file a sur-reply. As such, Plaintiff's "Request for Case's Status-Update and Request for a Current Copy of the Matter's Docket Entries" is **DENIED** as **MOOT**.

Next to be considered is Plaintiff's "Motion for Correction/ Reconsideration of the Court's and Renewed Motion for Leave of Court to Submit a Sur-Reply." (ECF No. 58). Plaintiff's motion is **GRANTED** to the extent it asks the Court to correct the scrivener's error in its November 22, 2022 order denying as moot Plaintiff's Motion to File Sur-Reply Under Seal. (ECF No. 55). The third sentence in that order should read: In the order at issue, Magistrate Judge Kimberly A. Jolson denied without prejudice Plaintiff's request for the appointment of counsel. Plaintiff's motion is **DENIED** in all other respects.

    **IT IS SO ORDERED**.

**1/26/2023**　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**